CONSOLIDATED GAS CO. *v.* MAYOR, ETC., OF CITY OF NEW YORK *et al.*

(*Supreme Court, General Term, First Department.* February 18, 1892.)

INJUNCTION PENDENTE LITE—NEGLECT TO TRY CASE—CONTINUANCE.

Where sufficient time has elapsed after the granting of an injunction *pendente lite*, within which the case could have been reached for trial and disposed of on the merits, the court, on appeal, will not disturb an order continuing the injunction until trial.

Appeal from special term, New York county.

Action by the Consolidated Gas Company against the mayor, aldermen, and commonalty of the city of New York and others. From an order continuing an injunction, defendants appeal. Affirmed.

Argued before VAN BRUNT, P. J., and LAWRENCE and O'BRIEN, JJ.

*William H. Clark,* (*Charles A. Blandy* and *E. J. Freedman,* of counsel,) for appellants. *Anderson & Howland,* (*Henry H. Anderson,* of counsel,) for respondent.

PER CURIAM. Since the preliminary order to show cause, which included an injunction, was granted, sufficient time has elapsed within which this case could have been reached for trial, and disposed of upon the merits. Under these circumstances, we do not feel called upon to interfere with the disposition made of the motion continuing the injunction until the trial of the action, and to dispose of the questions presented on affidavits. The order should be affirmed, with $10 costs and disbursements. All concur.